IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| KUECKER EQUIPMENT CO., INC., ) | Case No.    05-49715 |
| ) | Chapter 11 |
| Debtor. ) | |

**CONSENT ORDER ON STAY RELIEF**

THIS MATTER comes on the Motion of Tom Garvey for Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) filed on November 16, 2005 (the "Stay Relief Motion") and, being fully advised in the premises,

THE COURT FINDS as follows:

1. The Stay Relief Motion (Doc. #38) requests stay relief in favor of Tom Garvey in order to prosecute his appeal of that certain judgment against Debtor issued by the Circuit Court of Cass County, Missouri on or about August 25, 2005 (the "Judgment"). Debtor originally filed its own appeal of the Judgment in the Missouri Court of Appeals and thereafter Garvey filed his appeal.

2. The parties mutually consent to stay relief in order to allow the appeal of each side to proceed in the Missouri Court of Appeals. Good cause exists to grant stay relief pursuant to 11 U.S.C. § 362(d) to allow the prosecution of the foregoing appeals.

THEREFORE, IT IS HEREBY ORDERED that relief from the automatic stay is granted in order to allow both Garvey and Debtor to proceed with the prosecution of their appeals in the Missouri Court of Appeals.

Dated this 14th day of December, 2005

/s/Arthur B. Federman
UNITED STATES BANKRUPTCY JUDGE

**SUBMITTED BY:**

G:\DOCS\JAM\c11048\000\00361113.WPD; 1

McDOWELL, RICE, SMITH & BUCHANAN

By: /s/ Jonathan A. Margolies
Jonathan A. Margolies             #30770
605 West 47th Street, Suite 350
Kansas City, MO  64112-1905
Telephone:    (816) 753-5400
Facsimile:     (816) 753-9996
ATTORNEYS FOR DEBTOR

**APPROVED BY:**

EVANS & MULLINIX, P.A.

By: /s/ Richard C. Wallace
Richard C. Wallace                #40899
7225 Renner Road, Suite 200
Shawnee, KS 66217
Telephone:    (913) 962-8700
Facsimile:     (913) 962-8701
ATTORNEYS FOR TOM GARVEY

G:\DOCS\JAM\c11048\000\00361113.WPD; 1