## MISSOURI COURT OF APPEALS
### WESTERN DISTRICT

| | |
|---|---|
| TOM GARVEY, ) | |
| ) | |
| Appellant-Respondant, ) | |
| ) | |
| vs. ) | Appeal No. WD66106 |
| ) | |
| KUECKER EQUIPMENT COMPANY, INC., ) et al., ) | |
| ) | |
| Respondent - Appellants. ) | |

### SUGGESTION OF BANKRUPTCY AND APPLICATION FOR AUTOMATIC STAY

Appellant Tom Garvey states that he has reason to believe that Respondent Kuecker Equipment Company, Inc., filed for bankruptcy protection during October, 2005, in the Bankruptcy Court for the United States District Court for the Western District of Missouri.

Appellant respectfully asks that this Appellate Court respect the automatic stay and halt all proceedings at this time.

Respectfully submitted,

SCHULTZ & LITTLE, LLP

By: _____
Robert Schultz, #35329
640 Cepi Drive, Suite A
Chesterfield, Missouri 63005-1221
(636) 537-4645
(636) 537-2599 fax

*Attorney for Appellant Tom Garvey*


EXHIBIT C

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct photocopy of the foregoing was served via facsimile and U.S. Mail, first class postage prepaid, on this 16th day of November, 2005 addressed to the following:

Mr. Richard M. Paul III
120 W. 12th Street, Suite 1700
Kansas City, MO 64105

Fax – (816) 374-0509

and

Mr. Jonathan Margolies
605 W. 47th Street, Suite 350
Kansas City, MO 64112

Fax – (816) 753-9996

_____

2